# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL PATTERSON,

    Petitioner,

vs.

BRIAN E. WILLIAMS, SR., *et al.*,

    Respondents.

_____/

2:15-cv-00362-JCM-VCF

**ORDER**

    This action is a petition for writ of habeas corpus by Nevada prisoner Michael Patterson. Patterson has paid the filing fee for his petition. The court has reviewed Patterson's petition (ECF No. 1) pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and determines that it merits service and a response by respondents.

    **IT IS THEREFORE ORDERED** that the clerk of the court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

    **IT IS FURTHER ORDERED** that the clerk of the court shall electronically serve upon respondents a copy of the petition for writ of habeas corpus (ECF No. 1) and a copy of this order.

    **IT IS FURTHER ORDERED** that respondents shall have **45 days** from the date on which the petition is served upon them to appear in this action, and to answer or otherwise respond to the

///

///

petition. Respondents shall, in their initial responsive pleading, whether it is a motion or an answer, raise all potential procedural defenses, including the statute of limitations, lack of exhaustion, and procedural default.

Dated May 18, 2015.

_____
UNITED STATES DISTRICT JUDGE