# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL PATTERSON,

    Petitioner,

vs.

BRIAN E. WILLIAMS, SR., *et al.*,

    Respondents.

_____/

2:15-cv-00362-JCM-VCF

**ORDER**

    In this habeas corpus action, the respondents were to respond to the petition for writ of habeas corpus by July 2, 2015. *See* Order entered May 18, 2015 (ECF No. 2).

    On June 26, 2015, respondents filed a motion for extension of time (ECF No. 4), requesting a 90-day extension of time. Respondents' counsel states that the extension of time is necessary because of the loss of a staff member in her office. The court finds that respondents' motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The court will grant the motion for extension of time.

    However, in light of the length of the extension of time granted here, the court will not look favorably upon any motion to further extend this deadline.

///

///

///

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time (ECF No. 4) is **GRANTED**. Respondents shall have until and including **October 1, 2015**, to answer or otherwise respond to the habeas corpus petition. Respondents shall, in their initial responsive pleading, whether it is a motion or an answer, raise all potential procedural defenses, including the statute of limitations, lack of exhaustion, and procedural default.

Dated July 2, 2015.

_____
UNITED STATES DISTRICT JUDGE